# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

FELIPE ACCIOLY VIEIRA,

      Plaintiff,

v.                                Case No:  2:18-cv-323-FtM-99CM

ANTHONY KORDA and THE
KORDA LAW FIRM,

      Defendants.

_____

## ORDER

This matter comes before the Court upon review of Plaintiff's Stipulated Motions for Special Admission to Appear *Pro Hac Vice* filed on July 2, 2018, and Defendants' Unopposed Motion for Extension of Time to Comply with this Court's Order to Comply filed on July 3, 2018. Docs. 56, 57, 58. All three motions are unopposed. Doc. 56 at 3; Doc. 57 at 3; Doc. 58 at 2. For the reasons stated below, the motions will be granted.

The Court denied Plaintiff's previous motions to admit Russell D. Barr, Esq. and Chandler W. Matson, Esq. *pro hac vice* for failure to comply with the Middle District of Florida Local Rules. Docs. 48, 49, 51. Upon consideration of Plaintiff's amended motions, the Court finds Mr. Barr and Mr. Matson of Barr Law Group meet the requirements of Local Rule 2.02(a). Therefore, the Court will permit Mr. Barr and Mr. Matson to appear *pro hac vice* on behalf of Plaintiff.

Additionally, Defendants seek an extension of time for their counsel, Christopher Reyes, Esq., of the Reyes Law Firm, PA, to comply with the Court's Order

instructing Mr. Reyes to comply with the administrative procedures for electronic filing. Doc. 58; *see* Doc. 53. Defendants assert that Mr. Reyes is gathering the necessary paperwork to seek general admission to the Middle District of Florida so he can register with the Court's CM/ECF filing system. *See* Doc. 58 at 1. Because it could take some time for Mr. Reyes to be admitted and sworn into the Middle District of Florida, Defendants request a 60-day extension for Mr. Reyes to comply with the Court's Order. *Id.* at 1-2. For good cause shown and because the motion is unopposed, the Court will grant the requested extension.

ACCORDINGLY, it is

**ORDERED:**

1. The Stipulated Motion for Special Admission to Appear *Pro Hac Vice* (Doc. 56) is **GRANTED**.

2. The Stipulated Motion for Special Admission to Appear *Pro Hac Vice* (Doc. 57) is **GRANTED**.

3. Russell D. Barr and Chandler W. Matson are reminded that the Middle District of Florida utilizes a case management electronic filing system ("CM/ECF"). As such, if counsel has not already done so, within ten (10) days of the date of this Order, counsel shall file E-Filer Registration Forms and pay the $150.00 special admission fee. Failure to complete these steps may cause the Court to revoke its permission to appear specially without further notice.

4. Mr. Barr and Mr. Matson are further reminded that, pursuant to the local rules of this district, any attorney appearing in this Court pursuant to Middle

District of Florida Local Rule 2.02(a) "shall be deemed to be familiar with, and shall be governed by, these [local] rules in general, including Rule 2.04 hereof in particular; and shall also be deemed to be familiar with and governed by the Code of Professional Responsibility and other ethical limitations or requirements then governing the professional behavior of members of The Florida Bar."   M.D. Fla. R. 2.02(c).

5.     Attorney Eric H. Luckman of the firm Eric H. Luckman, PA, at 80 NE 4th Avenue, Suite 27, Delray Beach, FL 33483, is an active member in good standing of the Florida Bar and of this Court who has been designated and consents to act as local counsel in this matter and shall accept service of all notices and papers on behalf of Plaintiff Felipe Accioly Vieira.

6.     The Unopposed Motion for Extension of Time to Comply with This Court's Order to Comply (Doc. 58) is **GRANTED**.   Christopher Reyes shall have up to and including **September 3, 2018** to comply with the Court's Order to Comply (Doc. 53).

**DONE** and **ORDERED** in Fort Myers, Florida on this 9th day of July, 2018.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record