UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FELIPE ACCIOLY VIEIRA,

    Plaintiff,

v.                                                                               Case No:  2:18-cv-323-FtM-UAM

ANTHONY KORDA and THE KORDA
LAW FIRM,

    Defendants.
_____

## ORDER

This matter comes before the Court upon review of the Supplemental Mediator's Report filed on February 27, 2019. Doc. 99. The Mediator indicates the parties held a mediation on January 7, 2019, at which all the parties and their representatives were present with full authority to settle the case. *Id.* at 1. The Mediator reports that the mediation was continued with the consent of the parties and, after further discussions, this matter has been resolved. *Id.*

ACCORDINGLY, it is

**ORDERED:**

1. Defendants' Motion to Dismiss First Amended Complaint with Prejudice and Incorporated Memorandum of Law (Doc. 65) is **DENIED as moot**.

2. This case is **DISMISSED without prejudice** and subject to the right of the parties, within **SIXTY (60) DAYS** of the date of this Order, to submit a stipulated form of final order or judgment, **or** request an extension of time to submit a stipulated form of final order or judgment, **or** for any party to move to reopen the action, **only upon a showing of good cause**. After that **SIXTY (60) DAY** period, this dismissal shall be deemed **with prejudice** and judgment will be entered without further notice or order. The Clerk is **directed** to terminate any previously

scheduled deadlines and pending motions, and administratively close the case pending further Order.

**DONE** and **ORDERED** in Fort Myers, Florida on this 27th day of February, 2019.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies:
Counsel of record